169 A.3d 965

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRIAN L. FLORA, DEFENDANT–PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003717–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 965

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TOYON HATCHER, A/K/A MARQUIS HATCHER,
DEFENDANT–PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004765–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.